Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

# UNITED STATES DISTRICT COURT
for the
District of Kansas

_____ Division

| | |
|---|---|
| MICHAEL E. MCKINZY, SR, <br><br> _____<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br>J.B. NUTTER HOME LOANS,<br>THE MONEY SOURCE,<br>UNITED FIDELITY FUND CORP.,<br>FLAGSTAR BANK<br>_____<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No.  **2:23-cv-02139-TC-ADM**<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☑ Yes ☐ No<br><br>**FILED**<br>U.S. District Court<br>District of Kansas<br><br>MAR 27 2023<br><br>Clerk, U.S. District Court<br>By _____ Deputy Clerk |

## COMPLAINT FOR THE CONVERSION OF PROPERTY
(28 U.S.C. § 1332; Diversity of Citizenship)

**I.  The Parties to This Complaint**

   **A.  The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | MICHAEL E. MCKINZY, SR. |
   | Street Address | 10568 CENTURY LANE |
   | City and County | OVERLAND PARK |
   | State and Zip Code | KANSAS , 66215 |
   | Telephone Number | (913)742-3621 |
   | E-mail Address | MICHAELMCKINZY@GMAIL.COM |

   **B.  The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

    The plaintiff, *(name)* MICHAEL E. MCKINZY, SR , is a citizen of the State of *(name)* KANSAS.

2. If the plaintiff is a corporation

    The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

    The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation

    The defendant, *(name)* J.B. NUTTER & COMPANY , is incorporated under the laws of the State of *(name)* MISSOURI , and has its principal place of business in the State of *(name)* MISSOURI . Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

Defendant No. 1
- Name: J.B. NUTTER & COMPANY
- Job or Title *(if known)*:
- Street Address: 4153 BROADWAY
- City and County: KANSAS CITY, JACKSON COUNTY
- State and Zip Code: MISSOURI 64111
- Telephone Number: (816)531-2345
- E-mail Address *(if known)*:

Defendant No. 2
- Name: THE MONEY SOURCE, INC.
- Job or Title *(if known)*:
- Street Address: 500 SOUTH BROAD STREET
- City and County: MERIDEN, NEW HAVEN COUNTY
- State and Zip Code: CONNECTICUT 06450
- Telephone Number: 1(800)867-0330
- E-mail Address *(if known)*:

Defendant No. 3
- Name: UNITED FIDELITY FUNDING CORP.
- Job or Title *(if known)*:
- Street Address: 1300 NW BRIARCLIFF PKWY SUITE 275
- City and County: KANSAS CITY, JACKSON COUNTY
- State and Zip Code: MISSOURI 64150
- Telephone Number: (816)457-6300
- E-mail Address *(if known)*:

Defendant No. 4
- Name: FLAGSTAR BANK
- Job or Title *(if known)*:
- Street Address: 5151 CORPORATE DRIVE
- City and County: TROY, OAKLAND COUNTY
- State and Zip Code: MICHIGAN 48098-2639
- Telephone Number: 1(800)393-4887
- E-mail Address *(if known)*:

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
PLAINTIFF SEEKS TO BE MADE WHOLE OF MONTARY DAMAGES DUE TO THE CONVERSION OF PLAINTIFF'S MORTGAGE FUNDS SENT TO DEFENDANTS; COMPENSATORY DAMAGES FOR PAIN AND SUFFERING CAUASED BY DEFENDANTS UNLAWFUL ACTIONS; AND PUNITATIVE DAMAGES TO DETER DEFENDANTS' FROM FUTURE UNLAWFUL ACTIONS; ATTORNEY'S FEES, COSTS AND EXPENSES IN AMOUNTS TO BE DETERMINED AT TRIAL.

## III. Statement of Claim

A. Describe the property that you own that is the subject of this complaint, including its value.
PLAINTIFF CLOSED ON HIS PRIMARY RESIDENTIAL MORTGAGE LOAN FOR THE PROPERTY LOCATED AT: 10568 CENTURY LANE, OVERLAND PARK, KANSAS 66215, ON APRIL 14, 2020, TOTAL LOAN AMOUNT BRORROWED IN THE AMOUNT OF: $190,486.00 AND REFINANCED THE MORTGAGE LOAN FOR SAID PROPERTY ON OR ABOUT AUGUST 18, 2021, IN THE AMOUNT OF $186,040.00. PLAINTIFF HAVE SUFFERED DAMAGES DUE TO CONVERSION OF HIS FUNDS OF

B. How and when did you come to own the property?
PLAINTIFF PURCHASED HIS PRIMARY RESIDENCE LOCATED AT 10568 CENTURY LANE, OVERLAND PARK, KANSAS ON APRIL 14, 2020, WITH A $20,0000.00 WIRE-TRANSFER USED TO MEET HIS FHA MORTGAGE LOAN MANDATED REQUIREMENTS FOR CLOSING COSTS, REDUCTION OF HIS MORTGAGE INTEREST RATE, AND TO ESTABLISH HIS ESCROW ACCOUNT TO PAY HIS MONTHLY: PRINCIPAL, INTEREST, TAXES, INSURANCE, AND PMI.

C. How and when did the defendant(s) obtain possession of the property? Describe with particularity the actions the defendant(s) took to convert the property.
PLAINTIFF CURRENTLY HAS POSSESSION OF HIS PRIMARY RESIDENTIAL HOME, HOWEVER, DUE TO DEFENDANTS UNLAWFUL CONVERSION OF PLAINTIFF'S $20,000.00 WIRE-TRANSFER INTENDED FOR PLAINTIFF'S CLOSING COSTS, MORTGAGE INTEREST RATE REDUCTION, AND ESCCROW ACCOUNT FUNDING AND DEFENDANTS UNLAWFUL CONVERSION OF ADDITIONAL FUNDS PAID TO DEFENDANTS. PLAINTIFF NOW MUST MAKE ADDITIONAL MORTGAGE

D. *(If the defendant(s) rightfully came into possession of the property):* Describe how and when you notified the defendant(s) that the property belonged to you. Describe how and when you demanded that the defendant(s) deliver or return the property, and what response you received from the defendant(s). Attach a copy of any written correspondence with the defendant(s), if such copies exist.
PLEASE SEE PLAINTIFF'S EXHIBITS ATTACHED TO COMPLAINT.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

PLAINTIFF SEEKS TO BE MADE WHOLE OF MONTARY DAMAGES DUE TO THE CONVERSION OF PLAINTIFF'S MORTGAGE FUNDS SENT TO DEFENDANTS; COMPENSATORY DAMAGES FOR PAIN AND SUFFERING CAUASED BY DEFENDANTS UNLAWFUL ACTIONS; AND PUNITATIVE DAMAGES TO DETER DEFENDANTS' FROM FUTURE UNLAWFUL ACTIONS;  ATTORNEY'S FEES, COSTS AND EXPENSES IN AMOUNTS TO BE DETERMINED AT TRIAL AND SUCH FURTHER RELIEF INCLUDING AN INJUNCTION PROHIBITING DEFENDANTS FROM FUTURE UNLAWFUL ACTIONS AGAINST PLAINTIFF.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    03/26/2023

Signature of Plaintiff    *Michael E. McKinzy, Sr.   03/27/2023*
Printed Name of Plaintiff    MICHAEL E. MCKINZY, SR.

### B.    For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address